IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 OCT 14 A 9:43

Darwin Allen Moody 152475 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 3:05CV988-F
Circuit Court of )  (To be supplied by Clerk of
_____ )  U.S. District Court)
Lee County )
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

D.M

3. Docket number ~~scribbled out~~

4. Name of judge to whom case was assigned ~~scribbled out~~

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ~~scribbled out~~

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Lee County Detention Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Lee County Detention Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                   ADDRESS
1. Circuit Court of Lee County     2311 Gateway Dr. Opelika Al 36801
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Aug 31, 2005 which would be 72 Hour 3 working days

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____
_____
_____
_____
_____

GROUND TWO: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____
_____

GROUND THREE: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____
_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to see my charges Case number DC-05-3398/3401 Dismiss

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10-12-2005 .
          (Date)

_____
Signature of plaintiff(s)

To the court of the United States middle District.

My name is Jauwin Allen Moody. I am a inmate at Lee County detention center. The reason I'm filing this 1983 from. My Constitutional right were violate. On Aug 26, 2005 In Lee County, for case DC-05-2398/2401 Top II Burglary III. I was arrested. I have been incarcerated since. It took almost three weeks before I could get in court for a 48 to 72 hour hearings. I tryed in every way I new, why was I denided a 48-72 hour hearing no responce. I decided to filed a motion of dismissed for not having a 48-72 hour with in two to three days after my arest. I sat in jail not knowing what I was charge with, or how much my bond was. Finally I went to court for the hearing almost three weeks later after my arrest date. Do to not being able to make bond because of not having a 48-72 hour hearing I lost my job do to missing to many days that went, I was not able to make bond, most of all I had to get a court

apt. lawyer which is the court appointed, I haven't seen him, as of this day. I have request from statements and letters from Judge Denson with dates showing the date of arrest and responses from the jail stating not knowing why I had not had a 48-72 hour hearing, I have this copy of a court order I received Sept 17, 2005. stating on Sept 15, 2005 was the court date for the motion to dismiss they did not even take me to court. they sent me a statement that my lawyer had a telephone conference with the Court and that it was moot. My lawyer did not know what they were talking about. I filed the motion for dismissal before he was appointed to me.

Thank You
Saudia Allen Neal