IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| STATE OF ALABAMA, | * | |
|---|---|---|
| Plaintiff, | * | |
| vs. | * | CASE NUMBER: DC-05-2398/2401 |
| DARWIN ALLEN MOODY, | * | |
| Defendant. | * | |

### ORDER

This case was set for Hearing on September 15, 2005 in order to hear the Defendant's Motion to Dismiss. The Defendant's Motion to Dismiss was based upon the fact that he had not had his 48/72 Hour Hearing. However, Defendant was granted a Hearing on his initial appearance on September 9, 2005 at which time he was appointed an attorney, Mr. Philip Thompson. Mr. Thompson did not get notice of the Hearing set for September 15, 2005 but on September 12, 2005, Mr. Thompson filed a Request for Preliminary Hearing and that has been set before Judge Michael Nix on September 28, 2005.

A telephone conference was held between the undersigned and Mr. Thompson on September 15, 2005 and it was decided that the Motion to Dismiss is now moot and that Mr. Thompson would proceed with the preliminary Hearing before Judge Nix on September 28, 2005.

DONE this the 15th day of September, 2005.

FILED
SEP 17 2005
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

_____
John V. Denson, II
Circuit Judge

cc: Nick Abbett
    Philip Thompson
    Darwin Allen Moody
    c/o Lee County Detention Facility

[Handwritten annotations: "with 10 days 30 days", "almost 3 weeks later after arrested"]