IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DARWIN ALLEN MOODY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:05cv988-F (WO) |
| CIRCUIT COURT OF LEE COUNTY, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 4) filed herein on October 24, 2005, said Recommendation is hereby ADOPTED, and it is the ORDER, JUDGMENT and DECREE of the court that:

1. The claims against the Circuit Court of Lee County, Alabama and the requests for declaratory and injunctive relief are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I).

2. The challenge to the criminal charges pending against Moody before the Circuit Court of Lee County, Alabama are DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

3. This case is DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(3)(2)(B)(I) and (ii).

Done this 30th day of November, 2005.

                                                         /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE