IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DARWIN ALLEN MOODY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:05cv988-F ) (WO) |
| CIRCUIT COURT OF LEE COUNTY, | ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, that this action be and is hereby dismissed.

Done this 30th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE